United States Bankruptcy Court

Eastern District of Kentucky

| | |
|---|---|
| In re: | Case No. 20-70487-grs |
| Amanda L. Gommels | Chapter 7 |
| Dale E. Gommels | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0643-7 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 26, 2020 | Form ID: od7 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Amanda L. Gommels, Dale E. Gommels, 1387 Dicks Fork, Steele, KY 41566-8457 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| jdb | *+ | Dale E. Gommels, 1387 Dicks Fork, Steele, KY 41566-8457 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2020           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Henry D Hicks | on behalf of Joint Debtor Dale E. Gommels david@mysharplawyer.com |
| Henry D Hicks | on behalf of Debtor Amanda L. Gommels david@mysharplawyer.com |
| L. Craig Kendrick | craigkendrick@fuse.net  KY05@ecfcbis.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

District/off: 0643-7      User: admin      Page 2 of 2
Date Rcvd: Oct 26, 2020      Form ID: od7      Total Noticed: 1
TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
### Pikeville Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

In re  Amanda L. Gommels
       Dale E. Gommels
       1387 Dicks Fork
       Steele, KY 41566
       1387 Dicks Fork
       Steele, KY 41566

aka/dba:

Debtor(s)

Case No.     20−70487−grs

Chapter:     7

Trustee:

L. Craig Kendrick
8459 US 42
Suite F, #311
Florence, KY 41042
(859) 371−4321

## CHAPTER 7 ORDER TO DEBTOR

The above−named debtor shall within 14 days from the date of filing of the petition turn over to the trustee, whose name and address appear above, the following documents:

1. Copies of all books, records of account, bank books, bank statements and cancelled checks for the 6 months preceding bankruptcy (the last bank statement must show the amount on deposit on the date of bankruptcy);

2. The original or a certified copy of the deed or contract under which the debtor holds title to or any interest in real estate, and certified copies of all recorded mortgages, liens, or encumbrances upon said real estate (these documents may be obtained from the office of the county court clerk of the county in which the real estate is located);

3. Title papers to any motor vehicles, mobile homes, trailers or boats (if original papers have been lost, duplicates must be obtained from the office of the county court clerk of the county in which the vehicles are registered);

4. Certificates of stock, bonds, keys to any safety deposit boxes, and contracts of life or burial insurance;

5. Copies of the debtor's last state and federal income tax returns;

6. Contracts or title papers pertaining to any property of the debtor; and

7. Copies of all notes, security agreements, loan disclosure statements and other documents relating to loan transactions to which the debtor is a party;

8. Copies of all payment advices (such as pay stubs) or other evidence of income received within 60 days before the date of the filing of the petition. Copies shall be sent to the trustee, whose address is above, <u>and</u> emailed to the U.S. Trustee at **ustp.region08.lx.paystubs@usdoj.gov.**

9. Debtor(s) must present a valid photo identification at the Meeting of Creditors.

***Failure to timely comply with this order will result in the filing of a motion to dismiss the within case.***
***Counsel for the debtor is responsible for seeing that the debtor complies with this order.***

Except for surrender of the aforementioned documents to the trustee, the debtor is restrained and enjoined from transferring, abandoning, releasing to creditors, or in any way disposing of property of the estate until further order of the court.

DATED: 10/26/20

                                                By the court –

                                                /s/Gregory R. Schaaf
                                                Gregory R. Schaaf
                                                U.S. Bankruptcy Judge