**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Amanda and Dale Gommels |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Dale                              Gommels |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | Eastern District of Kentucky |
| Case number (If known) | 20-70487 |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 1387 Dicks Fork  Line from Schedule A/B: 1.1 | $ 26,320.72 | ☑ $ 26,320.72  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(1) |
| Brief description: 2013 Toyota Rav4  Line from Schedule A/B: 3.2 | $ $9,543.00 | ☑ $ 9,543.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(2)  11 USC 522(d)(5) |
| Brief description: 2000 Chevrolet S-10  Line from Schedule A/B: 3.1 | $ 781.00 | ☑ $ 781.00  ☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1 of __

**Part 2: Additional Page**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Cell phone/computer<br>Line from Schedule A/B: 7 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |
| Brief description: Firearms<br>Line from Schedule A/B: 10 | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |
| Brief description: Clothing<br>Line from Schedule A/B: 11 | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |
| Brief description: Jewelry<br>Line from Schedule A/B: 12 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(4) |
| Brief description: Pets<br>Line from Schedule A/B: 13 | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |
| Brief description: John Hancock Retirmt<br>Line from Schedule A/B: 21 | $8,353.30 | ☑ $8,353.30<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(12) |
| Brief description: Chevrolet Silverado<br>Line from Schedule A/B: 3.3 | $13,829.00 | ☑ $13,829.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(5) |
| Brief description: Honda TRX500<br>Line from Schedule A/B: 4.1 | $4,345.00 | ☑ $4,345.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(5) |
| Brief description: Household Goods<br>Line from Schedule A/B: 6 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(3) |
| Brief description: Bank Account<br>Line from Schedule A/B: 17 | $131.00 | ☑ $131.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC 522(d)(5) |
| Brief description:<br>Line from Schedule A/B: — | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from Schedule A/B: — | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

Official Form 106C  Schedule C: The Property You Claim as Exempt  page 2 of __

[Print]  [Save As...]  [Add Attachment]  [Reset]